UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ISRAEL MARTINEZ, | ) | No. CV 14-04762-BRO (VBK) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| J. FOX, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts the findings and recommendations of the Magistrate Judge, (2) Judgment shall be entered consistent with this Order; and (3) the Court Clerk shall serve this Order and Judgment on all counsel or parties of record.

DATED: January 20, 2015

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE