JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ISRAEL MARTINEZ, | ) | No. CV 14-04762-BRO (VBK) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| J. FOX, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: January 20, 2015

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE